UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN MICHAEL GIGER,<br><br>Defendant. | Case No. 23-476 SKV<br><br>DETENTION ORDER |

Defendant Austin Michael Giger is charged with unlawful possession of ammunition, 18 U.S.C. § 922(g)(1), and theft of government property, 18 U.S.C. § 641. The Court held a detention hearing on October 2, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated in the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Mr. Giger stipulated to detention.

2. Upon advice of counsel, Mr. Giger declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

3. Mr. Giger poses a risk of nonappearance due to the fact that little is known about his history and characteristics including ties to the community, employment,

DETENTION ORDER - 1

housing, etc. Mr. Giger poses a risk of danger due to nature of the charge. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Giger's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Giger shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Giger shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Giger is confined shall deliver Mr. Giger to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Giger, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 2nd day of October, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge